IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,     )
     )
          Plaintiff,     )
     )
     v.     )     Criminal Action No.
     )     05-00086-02-CR-W-NKL
RICARDO QUINTANILLA RODRIGUEZ,     )
     )
          Defendant.     )

# **O R D E R**

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E.
Larsen, to which no objection has been filed, the plea of guilty to Count I of the Indictment is
accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order
of the Court.


     s/ NANETTE K. LAUGHREY
     NANETTE K. LAUGHREY
     United States District Judge

Kansas City, Missouri
October 14, 2009